■ SELMA MARGULIES, Respondent, v MYRON L. MARGULIES, Appellant. —Order, Supreme Court, New York County, entered on November 21, 1978, affirmed, without costs and without disbursements. Concur—Murphy, P. J., and Kupferman, J.

Silverman and Lupiano, JJ., dissent in a memorandum by Silverman, J., as follows: I would reverse the order appealed from, deny the motion to confirm the referee's report, and deny plaintiff's application for counsel fees. I do not think there is any authority permitting the court by a motion and order in the matrimonial action to award counsel fees incurred in unsuccessful efforts to enforce a stipulation to obtain a Jewish religious divorce (a "get"). [See decision March 25, 1980.]